## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
:
**TERESA WRIGHT**, individually, and on behalf of :
others similarly situated, :
: Civil Case No.:
            Plaintiff, : 18-12762
vs. :
:
**THE SALVATION ARMY**, a New York : **STIPULATION OF**
Corporation, : **DISMISSAL**
: **WITH PREJUDICE**
            Defendant. :
:
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendant that the above entitled action be, and the same hereby is, dismissed with prejudice as to all parties and without costs to any party as against any other.

Dated: Jersey City, New Jersey           Dated: Morristown, New Jersey
       December 19, 2018                               December 21, 2018

BROWN, LLC                                              OGLETREE, DEAKINS, NASH, SMOAK
*Attorneys for Plaintiff*                               AND STEWART, P.C.,
                                                        *Attorneys for Defendant*

111 Town Square Place, Suite 400         10 Madison Avenue, Suite 400
Jersey City, New Jersey 07310            Morristown, New Jersey 07960
(877) 561-0000                           (973) 753-0621

By: _____               By: _____
    Jason T. Brown                             Jessica A. Burt
    Ching-Yuan Teng (*pro hac vice*)

SO ORDERED: _____
                 12/26/18

15